# EXHIBIT D

1/11/15

| Date | Invoice Number |
|---|---|
| 1/11/2015 | 37 |

| Consultant Name: | Josh Harned |
|---|---|
| Consultant Address | 2953 lester rd |
| | linesville pa 16424 |

**Invoice To:**
DWM Consulting, LLC
502 Main St. Suite D
Lake Dallas, TX 75065

| Telephone Number | 814-853-6660 |
|---|---|
| Email Address: | jayharned832@gmail.com |
| Social / FEIN: | 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 |

| DWM Customer: | Bos Solution | | District / Area: | North Dakota | |
|---|---|---|---|---|---|
| Operator | Well Name & No. | | Location | County / Parish / State | |
| marthon oil & gas | | | North Dakota | Dunn | |
| AFE Number | | Rig | | Dates Worked | |
| | | ensign 161 | First Day 1/3/14 | Last day | 1/7/15 |
| Date & Time Arrived | | | Date & Time Departed | | |
| | | | | | |

| Description | | | Qty | RATE | TOTAL |
|---|---|---|---|---|---|
| Solids Control Consultant | | | 5 | $435.00 | $2,175.00 |
| MDP Consultant | | | | | $0.00 |
| Travel In | Date: | 1/2/15 | 1 | $500.00 | $500.00 |
| Travel Out | Date: | 1/8/15 | 1 | $500.00 | $500.00 |
| Overtime Hours | | | 5 | $25.00 | $125.00 |
| Training | | | | | $0.00 |
| Per diem | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |

| | | | $0.00 |
|---|---|---|---|
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | TOTAL INVOICE | $3,300.00 |